**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 14-4489**

———————————

UNITED STATES OF AMERICA,

               Plaintiff - Appellee,

     v.

JONEATHON LORENZO BLAKNEY, a/k/a Bird,

               Defendant - Appellant.

———————————

Appeal from the United States District Court for the District of South Carolina, at Florence.  Terry L. Wooten, Chief District Judge.  (4:10-cr-01172-TLW-1)

———————————

Submitted:  November 20, 2014     Decided:  November 24, 2014

———————————

Before KING and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Joneathon Lorenzo Blakney, Appellant Pro Se.  Arthur Bradley Parham, Assistant United States Attorney, Florence, South Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joneathon Lorenzo Blakney appeals the district court's amended judgment granting the Government's Fed. R. Crim. P. 35(b) motion and reducing his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm the amended judgment. See United States v. Davis, 679 F.3d 190, 194-96 (4th Cir. 2012) (holding that district court may consider 18 U.S.C. § 3553(a) (2012) factors when deciding the extent of sentence reduction after granting Rule 35(b) relief). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED